## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re: DMCA Subpoena to Shopify Inc. | Case No. 19-mc-14 <br><br> **Freebird Stores, Inc.'s Request to the Clerk for Issuance of Subpoena to Shopify, Inc. Pursuant to 17 U.S.C. § 512(h) to Identify Alleged Infringer** |

Petitioner, Freebird Stores, Inc. ("Freebird"), through their undersigned counsel of record, requests that the Clerk of this Court issue a subpoena to Shopify Inc. ("Shopify") to identify alleged copyright infringers, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). A proposed DMCA Subpoena is attached.

Freebird has satisfied the requirements of the issuance of a subpoena pursuant to 17 U.S.C. § 512(h) by:

(1) Filing a copy of the notifications sent to Shopify, pursuant to 17 U.S.C. § 512(c)(3)(A), attached to the Declaration of Adam Sherman as Exhibit 1;

(2) Filing the proposed DMCA Subpoena; and

(3) Filing a sworn declaration confirming that the purpose of the DMCA Subpoena is to obtain the identity of the alleged infringers and that the information obtained will only be used for the purpose of protecting Freebird's rights under 17 U.S.C. § 101, *et seq.*

As Freebird has complied with the statutory requirements, Freebird respectfully requests that the Clerk issue the proposed DMCA subpoena, pursuant to 17 U.S.C. § 512(h)(4).

Dated: September 11, 2019

Respectfully submitted,

/s/ Adam Sherman
Adam C. Sherman (0076850)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, OH 45202
Phone: (513) 723-4680
Fax:    (513) 723-8598
Email: acsherman@vorys.com

*Counsel for Freebird Stores, Inc.*