**Sherman, Adam C.**

---

| | | |
|---|---|---|
| **From:** | Sherman, Adam C. | Sherman Decl., Ex. 1 |
| **Sent:** | Friday, September 06, 2019 12:40 PM | |
| **To:** | 'legal@shopify.com' | |
| **Subject:** | DMCA notice | |
| **Attachments:** | Freebird IP URLs.docx | |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/. For your convenience, attached is a document with direct links to examples of the specific photographs infringed by the websites identified below.

Freebird's exclusive rights are being violated by the following websites on the Shopify platform. There are multiple violations on each of these websites. For convenience, we've provided links to particular images, as examples. But, to be clear, there are multiple infringing photographs throughout the identified websites.

1. https://janesty.com/collections/boots/products/janesty-city-british-style-ladies-low-boots-martin-boots?variant=21263013576758

2. https://calledbest.com/products/calledbest-city-british-style-ladies-low-boots-martin-boots?variant=29968703717451

3. https://flamemoda.com/products/flamemoda-city-british-style-ladies-low-boots-martin-boots?variant=16206949580849

4. https://www.fishneyshop.com/collections/boat-shoes/products/ab4eae42a325

5. https://www.kosechili.com/item/city-british-style-ladies-low-boots-martin-boots-1060935.html?from=collections

6. https://www.coastice.com/item/city-british-style-ladies-low-boots-martin-boots-1078155.html

7. https://www.dolceshoes.com/collections/boots/products/ab4eae42a325

8. https://shoesprit.com/products/shoesprit-city-british-style-ladies-low-boots-martin-boots?variant=12158303272996

9. https://www.allingirl.com/collections/2019-08-29/products/ab4eae42a325

10. https://sandalsvibe.com/collections/new-arrivals/products/sandalsvibe-city-british-style-ladies-low-boots-martin-boots?variant=17460893843502

11. https://nancelly.com/products/nancelly-city-british-style-ladies-low-boots-martin-boots?variant=12485226758191

12. https://blisshoes.com/products/city-british-style-ladies-low-boots-martin-boots?variant=30003941048408

13. https://www.geminifree.com/collections/vintage-boots/products/ab4eae42a325

14. https://fullybonus.com/products/city-british-style-ladies-low-boots-martin-boots?variant=23270676463701

15. https://rosynova.com/collections/boots/products/fashion-urban-style-ladies-low-boots-martin-boots?variant=11962051657764

16. https://www.unbeau.com/collections/boots/products/bscbf4137a65e2cv

17. https://oceanmia.com/collections/boots/products/rear-shoelace-thick-ankle-boots

18. https://www.ininmomo.com/collections/booties-ankle-boots/products/e7429fd0468a

19. https://www.yoyobobi.com/collections/boots/products/e7429fd0468a

20. https://www.lorameshop.com/collections/boots-booties/products/e7429fd0468a

21. https://www.larryda.com/collections/boots/products/e7429fd0468a?variant=29358387068976

22. https://www.wewllwedo.com/collections/women-s-boots/products/e7429fd0468a?variant=23919175041105

23. https://www.goschic.com/collections/boots/products/e7429fd0468a?variant=29415802273840

24. https://www.canalfly.com/collections/boots/products/e7429fd0468a?variant=28300153815140

25. https://www.cileclie.com/collections/boots/products/euramerican-vintage-pure-color-chunky-heels-ankle-boots?variant=29880213373003

26. https://www.moremokoshop.com/collections/boots/products/e7429fd0468a

27. https://www.peercolor.com/collections/boots/products/e7429fd0468a

28. https://www.magolion.com/collections/ankle-boots/products/e7429fd0468a?variant=12301899857967

29. https://www.hebedress.com/collections/boots/products/chunky-heel-lace-up-back-round-toe-ankle-boots-690080

30. https://www.viciling.com/collections/boots/products/e7429fd0468a?variant=29525337309244

31. https://www.weammoo.com/collections/boots/products/e7429fd0468a

32. https://www.sillaqueen.com/products/e7429fd0468a?variant=24017966497873

33. https://www.keyfancyshop.com/products/e7429fd0468a?variant=29311001362466

34. https://www.gracychic.com/products/fashion-urban-style-ladies-low-boots-martin-boots

35. https://zuchic.com/collections/boots/products/fashion-high-heel-cross-straps-bare-boots

36. https://www.uellos.com/collections/boots/products/fashion-high-heel-cross-straps-bare-boots

37. https://www.zoyne.com/item/women-fashion-mid-thick-heel-metal-chain-belt-boots-1056302.html?from=collections

38. https://www.funnybig.com/collections/boots/products/women-fashion-mid-thick-heel-metal-chain-belt-boots

39. https://www.wowchics.com/collections/boots/products/7-12-women-chunky-heel-zipper-buckle-strap-retro-booties

40. https://www.juliettemode.com/collections/boots/products/women-lace-up-knee-high-boots-vintage-cowhide-leather-side-buttons-high-boots?variant=28195136798792

41. https://www.rogercoco.com/collections/boots/products/casual-chunky-heel-boots-1

42. https://www.sillaqueen.com/collections/boots/products/kelse033603e6d34

43. https://www.kosechili.com/item/plain-round-toe-casual-outdoor-knee-high-high-heels-boots-834406.html?from=collections

44. https://www.selaros.com/item/plain-round-toe-date-outdoor-mid-calf-flat-boots-82331.html?from=collections

45. https://chicocoo.com/collections/boots/products/vintage-women-lace-up-boots-adjustable-buckle-faux-leather-low-heel-boots?variant=16671769591923

46. https://www.lowesfly.com/collections/boots/products/vintage-women-lace-up-side-zipper-faux-leather-boots

47. https://www.homebresgo.com/collections/boots/products/bsec998e4a1947

48. https://www.vividhit.com/collections/boots/products/bsd4b6739f74cf

49. https://www.coastice.com/item/retro-buckle-side-zipper-leather-martin-boots-1033104.html?from=collections

50. https://www.zobrain.com/collections/boot/products/euramerican-style-belt-buckle-side-zipper-ankle-boots

51. https://loosesize.com/collections/womens-shoes/products/vintage-square-mid-martin-ankle-boots

52. https://shop.24hrpop.com/collections/casual-shoes/products/bandage-heel-back-ankle-boots

53. https://www.moderngaga.com/collections/boots/products/solid-chunky-high-heel-martin-boots

54. https://www.shoespar.com/collections/ankle-boots/products/euramerican-style-belt-buckle-side-zipper-ankle-boots

55. https://www.limema.com/item/plain-chunky-flat-round-toe-date-outdoor-ankle-high-heels-boots-213872.html?from=collections

56. https://narachic.com/collections/boots/products/female-winter-shoes-fur-warm-snow-boots-square-heels-ankle-boots-41?variant=14693730320439

57. https://fullybonus.com/products/city-british-style-ladies-low-boots-martin-boots?variant=23270676463701

58. https://fionachic.com/collections/new-in/products/fionachic-city-british-style-ladies-low-boots-martin-boots?variant=29789066395734

59. https://nancelly.com/products/nancelly-city-british-style-ladies-low-boots-martin-boots?variant=12485226758191

60. https://www.keyfancyshop.com/products/e7429fd0468a

61. https://variedshoes.com/products/variedshoes-city-british-style-ladies-low-boots-martin-boots?variant=20260686332000

62. https://www.hoplady.com/item/CityBritish-Style-Ladies-Low-Boots-Martin-Boots-1108287.html?locale=en&ccy=USD&gclid=Cj0KCQjwwb3rBRDrARIsALR3XeZhyiDdI6z7wF9kU0P7xVqe3Wlx-O5t9gKTJLevuN0mcUm_NE1RtFQaAm3aEALw_wcB

63. https://crazefad.com/products/crazefad-city-british-style-ladies-low-boots-martin-boots?variant=29775199141974

64. https://www.zoomkiss.com/collections/view-all-shoes/products/ab4eae42a325

65. https://mfybnow.com/collections/boots/products/spirit-womens-harness-ankle-bootie-exclusive

66. https://www.fullla.com/collections/shoes/products/e7429fd0468a

67. https://ootdshoes.com/collections/womens-boots/products/ootdshoes-new-gorgeous-craft-baker-bootie?variant=15695643738221

68. https://www.lvadore.com/collections/boots/products/48cde763e83c

69. https://www.yuesocial.com/collections/boots/products/sho7f72062d103c

70. https://www.melaniemadeline.com/collections/vintage-boots/products/sp912023638

https://www.freebirdstores.com/products/onyx-low-heel-womens-exclusive-bootie?variant=28345008128105

71. https://www.fashionclubart.com/collections/vintage-boots/products/bsd4b6739f74cf

72. https://www.innokiss.com/collections/new-in/products/ab4eae42a325

73. https://www.changeshine.com/collections/boots/products/fashion-stylish-multi-color-womens-boots

74. https://www.homebresgo.com/collections/boots/products/womens-fashion-belt-buckle-decorative-side-zipper-martin-boots

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

Thank you,

Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
***www.vorys.com***

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:21 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - allingirl.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.allingirl.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.allingirl.com/collections/2019-08-29/products/ab4eae42a325

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

**From:** Sherman, Adam C.
**Sent:** Monday, September 09, 2019 10:24 AM
**To:** legal@shopify.com
**Subject:** DMCA – blisshoes.com

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.blisshoes.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://blisshoes.com/products/city-british-style-ladies-low-boots-martin-boots?variant=30003941048408

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:03 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - calledbest.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.calledbest.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. A couple of examples are included below.

1. https://calledbest.com/products/calledbest-city-british-style-ladies-low-boots-martin-boots?variant=29968703717451
2. https://calledbest.com/products/calledbest-street-fashion-arabella-boots

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

1

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:49 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - canalfly.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.canalfly.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

   https://www.canalfly.com/collections/boots/products/e7429fd0468a?variant=28300153815140

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

**From:**        Sherman, Adam C.
**Sent:**        Tuesday, September 10, 2019 10:24 AM
**To:**          legal@shopify.com
**Subject:**     DMCA - changeshine.com

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.changeshine.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.changeshine.com/collections/boots/products/fashion-stylish-multi-color-womens-boots

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



| | Adam C. Sherman |
|---|---|
| | Vorys, Sater, Seymour and Pease LLP |
| | 301 East Fourth Street |
| | Suite 3500, Great American Tower |
| | Cincinnati, Ohio 45202 |
| | |
| | Direct: 513.723.4680 |
| | Fax: 513.852.8468 |
| | Email: acsherman@vorys.com |
| | *www.vorys.com* |

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 8:34 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - chicocoo.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.chicocoo.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://chicocoo.com/collections/boots/products/vintage-women-lace-up-boots-adjustable-buckle-faux-leather-low-heel-boots?variant=16671769591923

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

1

11

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:49 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - cileclie.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.cileclie.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.cileclie.com/collections/boots/products/euramerican-vintage-pure-color-chunky-heels-ankle-boots?variant=29880213373003

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 8:54 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - coastice.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.coastice.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

   https://www.coastice.com/item/retro-buckle-side-zipper-leather-martin-boots-1033104.html?from=collections

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:18 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - coastice.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.coastice.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.coastice.com/item/city-british-style-ladies-low-boots-martin-boots-1078155.html

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

___

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:19 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - dolceshoes.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.dolceshoes.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

   https://www.dolceshoes.com/collections/boots/products/ab4eae42a325

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 10:21 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - fashionclubart.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.fashionclubart.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.fashionclubart.com/collections/vintage-boots/products/bsd4b6739f74cf

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 9:51 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - fionchic.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.fionchic.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://fionachic.com/collections/new-in/products/fionachic-city-british-style-ladies-low-boots-martin-boots?variant=29789066395734

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:16 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - fishneyshop.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.fishneyshop.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.fishneyshop.com/collections/boat-shoes/products/ab4eae42a325

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 2:17 PM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - Flamemoda 2 |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.flamemoda.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://flamemoda.com/collections/womens-boots/products/flamemoda-tassel-womens-flat-heel-suede-boots?variant=16128088866865

https://flamemoda.com/collections/womens-boots/products/flamemoda-street-fashion-arabella-boots?variant=16072980758577

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

1

2

**Sabo, Mary A.**

---

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:14 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - flamemoda.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.flamemoda.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

> https://flamemoda.com/products/flamemoda-city-british-style-ladies-low-boots-martin-boots?variant=16206949580849

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Wednesday, September 11, 2019 11:59 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - fullla.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.fullla.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.fullla.com/collections/shoes/products/bs4e8771427091

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:29 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - fullybonus.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.fullybonus.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://fullybonus.com/products/city-british-style-ladies-low-boots-martin-boots?variant=23270676463701

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

v

**Sabo, Mary A.**

---

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 5:27 PM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA-  funnybig.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.funnybig.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.funnybig.com/collections/boots/products/women-fashion-mid-thick-heel-metal-chain-belt-boots

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:28 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - geminifree.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.geminifree.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.geminifree.com/collections/vintage-boots/products/ab4eae42a325

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

1

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:48 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - goschic.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.goschic.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.goschic.com/collections/boots/products/e7429fd0468a?variant=29415802273840


I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 2:31 PM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - gracychic |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.gracychic.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.gracychic.com/products/fashion-urban-style-ladies-low-boots-martin-boots

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:56 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA – hebedress.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.hebedress.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.hebedress.com/collections/boots/products/chunky-heel-lace-up-back-round-toe-ankle-boots-690080

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

1

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 10:25 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - homebresgo.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.homebresgo.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.homebresgo.com/collections/boots/products/womens-fashion-belt-buckle-decorative-side-zipper-martin-boots

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 8:46 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA – homebresgo.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.homebresgo.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.homebresgo.com/collections/boots/products/bsec998e4a1947

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 9:57 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - hoplady.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.hoplady.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.hoplady.com/item/CityBritish-Style-Ladies-Low-Boots-Martin-Boots-1108287.html?locale=en&ccy=USD&gclid=Cj0KCQjwwb3rBRDrARIsALR3XeZhyiDdI6z7wF9kU0P7xVqe3Wlx-O5t9gKTJLevuN0mcUm_NE1RtFQaAm3aEALw_wcB

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

**From:** Sherman, Adam C.
**Sent:** Monday, September 09, 2019 10:39 AM
**To:** legal@shopify.com
**Subject:** DMCA - ininmomo.com

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.ininmomo.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

   https://www.ininmomo.com/collections/booties-ankle-boots/products/e7429fd0468a

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 10:23 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - innokiss.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.innokiss.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.innokiss.com/collections/new-in/products/ab4eae42a325

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 10:07 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - lvadore.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.lvadore.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.lvadore.com/collections/boots/products/48cde763e83c

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 9:56 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - janesty.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.janesty.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. A couple of examples are included below.

1. https://janesty.com/collections/boots/products/janesty-city-british-style-ladies-low-boots-martin-boots?variant=21263013576758
2. https://janesty.com/collections/boots/products/janesty-chunky-heel-faux-leather-tassel-boots?variant=21221901172790

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 5:46 PM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - juliettemode.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.juliettemode.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.juliettemode.com/collections/boots/products/women-lace-up-knee-high-boots-vintage-cowhide-leather-side-buttons-high-boots?variant=28195136798792

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

1

36

**Sabo, Mary A.**

---

**From:** Sherman, Adam C.
**Sent:** Monday, September 09, 2019 2:22 PM
**To:** legal@shopify.com
**Subject:** DMCA - keyfancyshop

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.keyfancyshop.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.keyfancyshop.com/products/e7429fd0468a?variant=29311001362466

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

**From:** Sherman, Adam C.
**Sent:** Tuesday, September 10, 2019 8:30 AM
**To:** legal@shopify.com
**Subject:** DMCA - kosechili.com

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.kosechili.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

    https://www.kosechili.com/item/plain-round-toe-casual-outdoor-knee-high-high-heels-boots-
    834406.html?from=collections

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:16 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - Kosechili.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.kosechili.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

> https://www.kosechili.com/item/city-british-style-ladies-low-boots-martin-boots-1060935.html?from=collections

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:46 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - larryda.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.larryda.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.larryda.com/collections/boots/products/e7429fd0468a?variant=29358387068976

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

40

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 9:41 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - limema.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.limema.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

   https://www.limema.com/item/plain-chunky-flat-round-toe-date-outdoor-ankle-high-heels-boots-213872.html?from=collections

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

1

41

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 8:57 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - loosesize.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.loosesize.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://loosesize.com/collections/womens-shoes/products/vintage-square-mid-martin-ankle-boots

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

**From:** Sherman, Adam C.
**Sent:** Monday, September 09, 2019 10:41 AM
**To:** legal@shopify.com
**Subject:** DMCA - lorameshop.com

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.lorameshop.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.lorameshop.com/collections/boots-booties/products/e7429fd0468a

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 8:39 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - lowesfly.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.lowesfly.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.lowesfly.com/collections/boots/products/vintage-women-lace-up-side-zipper-faux-leather-boots

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:55 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - magolion.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.magolion.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.magolion.com/collections/ankle-boots/products/e7429fd0468a?variant=12301899857967

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 10:19 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - melaniemadeline.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.melaniemadeline.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.melaniemadeline.com/collections/vintage-boots/products/sp912023638

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 9:39 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - moderngaga.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.moderngaga.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.moderngaga.com/collections/boots/products/solid-chunky-high-heel-martin-boots

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:50 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA – moremokoshop.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.moremokoshop.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.moremokoshop.com/collections/boots/products/e7429fd0468a

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 10:02 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - myfybnow.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.mfybnow.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://mfybnow.com/collections/boots/products/spirit-womens-harness-ankle-bootie-exclusive

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

1

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:23 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA – nancelly.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.nancelly.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

> https://nancelly.com/products/nancelly-city-british-style-ladies-low-boots-martin-boots?variant=12485226758191

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 9:47 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA – narachic.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").  My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.narachic.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

> https://narachic.com/collections/boots/products/female-winter-shoes-fur-warm-snow-boots-square-heels-ankle-boots-41?variant=14693730320439

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

1

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:38 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - oceanmia.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.oceanmia.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://oceanmia.com/collections/boots/products/rear-shoelace-thick-ankle-boots

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

___

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 10:07 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - ootdshoes.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.ootdshoes.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://ootdshoes.com/collections/womens-boots/products/ootdshoes-new-gorgeous-craft-baker-bootie?variant=15695643738221

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:52 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - peercolor.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.peercolor.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.peercolor.com/collections/boots/products/e7429fd0468a

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Wednesday, September 11, 2019 8:58 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - rogercoco.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.rogercoco.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.rogercoco.com/collections/boots/products/casual-chunky-heel-boots-1

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:36 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - rosynova.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.rosynova.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

> https://rosynova.com/collections/boots/products/fashion-urban-style-ladies-low-boots-martin-boots?variant=11962051657764

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:22 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - sandalsvibe.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.sandalsvibe.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://sandalsvibe.com/collections/new-arrivals/products/sandalsvibe-city-british-style-ladies-low-boots-martin-boots?variant=17460893843502

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 8:33 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - selaros.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.selaros.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.selaros.com/item/plain-round-toe-date-outdoor-mid-calf-flat-boots-82331.html?from=collections

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 9:40 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - shoespar.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.shoespar.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.shoespar.com/collections/ankle-boots/products/euramerican-style-belt-buckle-side-zipper-ankle-boots

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

1

**Sabo, Mary A.**

---

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:20 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - Shoesprit.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.shoesprit.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

> https://shoesprit.com/products/shoesprit-city-british-style-ladies-low-boots-martin-boots?variant=12158303272996

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 8:29 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - sillaqueen.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.sillaqueen.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.sillaqueen.com/collections/boots/products/kelse033603e6d34

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 2:21 PM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - sillaqueen.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.sillaqueen.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.sillaqueen.com/products/e7429fd0468a?variant=24017966497873

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

1

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 5:21 PM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA – uellos.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.uellos.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.uellos.com/collections/boots/products/fashion-high-heel-cross-straps-bare-boots

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:37 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - unbeau.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").  My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.unbeau.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.unbeau.com/collections/boots/products/bscbf4137a65e2cv

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 2:19 PM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - viciling.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.viciling.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.viciling.com/collections/boots/products/e7429fd0468a?variant=29525337309244

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 8:51 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - vividhit.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4ᵗʰ Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.vividhit.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.vividhit.com/collections/boots/products/bsd4b6739f74cf

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

1

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 2:20 PM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - weammoo |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.weammoo.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.weammoo.com/collections/boots/products/e7429fd0468a

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

1

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 10:47 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA – wewllwedo.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website wewllwedo.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.wewllwedo.com/collections/women-s-boots/products/e7429fd0468a?variant=23919175041105

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

**From:** Sherman, Adam C.
**Sent:** Monday, September 09, 2019 10:40 AM
**To:** legal@shopify.com
**Subject:** DMCA - yoyobobi.com

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.yoyobobi.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

   https://www.yoyobobi.com/collections/boots/products/e7429fd0468a

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 10:12 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - yuesocial.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird"). My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products. These photos can be viewed at: https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.yuesocial.com on the Shopify platform. This site contain multiple infringing images. Most images on the website are infringing. An example is below:

https://www.yuesocial.com/collections/boots/products/sho7f72062d103c

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

---

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 8:55 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - zobrain.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.zobrain.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.zobrain.com/collections/boot/products/euramerican-style-belt-buckle-side-zipper-ankle-boots

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 10:00 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - zoomkiss.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.zoomkiss.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.zoomkiss.com/collections/view-all-shoes/products/ab4eae42a325

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 5:24 PM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - zoyne.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.zoyne.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://www.zoyne.com/item/women-fashion-mid-thick-heel-metal-chain-belt-boots-1056302.html?from=collections

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, September 09, 2019 5:19 PM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA – zuchic.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website www.zuchic.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

https://zuchic.com/collections/boots/products/fashion-high-heel-cross-straps-bare-boots

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*

**Sabo, Mary A.**

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Tuesday, September 10, 2019 8:58 AM |
| **To:** | legal@shopify.com |
| **Subject:** | DMCA - 24hrpop.com |

Greetings:

My name is Adam Sherman, and I am outside counsel for Freebird Stores, Inc. ("Freebird").   My contact information is:

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
acsherman@vorys.com

Freebird is the owner of the copyright for numerous photographs used to promote its brand and products.  These photos can be viewed at:  https://www.freebirdstores.com/.

Freebird's exclusive rights are being violated by the website shop.24hrpop.com on the Shopify platform.  This site contain multiple infringing images.  Most images on the website are infringing.  An example is below:

   https://shop.24hrpop.com/collections/casual-shoes/products/bandage-heel-back-ankle-boots

I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, its agent, or the law.

Under penalty of perjury in a United States court of law, I state that the information contained in this notice is accurate to the best of my knowledge, and that I am authorized to act on behalf of the exclusive rights holder for the material in question.

I request that you remove or disable access to this material on your service as quickly as possible.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*