AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case: 1:19-mc-00014 Doc #: 1-1 Filed: 09/11/19 Page: 1 of 9 PAGEID #: 3

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

In re: DMCA Subpoena to Shopify Inc.  )
)
) Civil Action No.: 19-mc-14
)
)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Custodian of Records for Shopify, Inc. 150 Elgin St., 8th Fl., Ottawa, ON, Canada, K2P 1L4
*(Name of person to whom this subpoena is directed.)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: 301 E. Fourth Street, Great American Tower, Ste. 3500 Cincinnati, OH 45202 (attn: Adam Sherman); or via email: acsherman@vorys.com | Date and Time: October 4, 2019 9:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: September 11, 2019

CLERK OF COURT

_____  OR  _____
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing Freebird Stores, Inc., who issues or requests this subpoena, is: Adam C. Sherman, 301 E. Fourth St., G.A. Tower, Ste. 3500, Cincinnati, OH 45202; acsherman@vorys.com; 513-723-4680

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).